IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SUMINTRA K. KHAN, | |
| Plaintiff, | CIVIL ACTION NO.: 4:21-cv-329 |
| v. | |
| TARGET CORPORATION, | |
| Defendant. | |

**O R D E R**

On November 20, 2023, the Court ordered the parties to a renewed Joint Status Report, utilizing the Post-Discovery Status Report Form for Judge Baker's cases, no later than December 11, 2023.  (Doc. 52.)  Months have now passed, and the parties have not complied with the Court's Order or taken any other action in this case.  Accordingly, the Court **ORDERS** the parties to **SHOW CAUSE**, within **FOURTEEN (14) DAYS** of the date of this Order, why the Court should not issue sanctions for failure to follow the Court's Order including dismissal of Plaintiff's Complaint or striking of Defendant's Answer.

**SO ORDERED**, this 7th day of February, 2024.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA