IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SUMINTRA K. KHAN, | |
| Plaintiff, | CIVIL ACTION NO.: 4:21-cv-329 |
| v. | |
| TARGET CORPORATION, | |
| Defendant. | |

## **O R D E R**

Before the Court is a "Stipulation of Voluntary Dismissal Without Prejudice," signed and filed by counsel for Plaintiff and counsel for Defendant, in which the parties advise that they stipulate to the dismissal without prejudice of this action. (Doc. 58.) Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 21st day of February, 2024.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA